| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
| | United States Attorney |
| 2 | LUCILLE GONZALES MEIS, SBN CO 15153 |
| | Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| 4 | DANIEL P. TALBERT, SBN OH 84088 |
| | Special Assistant United States Attorney |

      333 Market Street, Suite 1500
      San Francisco, California 94105
      Telephone: (415) 977-8926
      Facsimile: (415) 744-0134
      E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL J. VICARI, | ) | CIVIL ACTION NO. 09-~~0523-JF~~--05238-JF |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) | FOR A FIRST EXTENSION FOR DEFENDANT |
| MICHAEL J. ASTRUE, | ) | TO FILE ANSWER AND CERTIFIED |
| Commissioner of Social Security, | ) | ADMINISTRATIVE RECORD |
|    Defendant. | ) | |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days from the date of this stipulation to file an Answer to Plaintiff's Complaint, and the certified administrative record. Counsel for Defendant has been informed that the Office of Disability Adjudication and Review has not prepared a certified administrative record for this case, and requires additional time to prepare the certified administrative record. The new due date for Defendant's answer will be July 30, 2010.

1  Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any
2  inconvenience caused by Defendant's failing to file the answer and certified administrative record in
3  a timely fashion.

Respectfully submitted,

4
5  Dated: June 30, 2010                     */s/ Harvey P. Sackett*
                                            (as authorized via e-mail)
6                                           HARVEY P. SACKETT
                                            Attorney for Plaintiff
7
8                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney
9
10 Dated: June 30, 2010              By *s/ Daniel P. Talbert*
                                            DANIEL P. TALBERT
11                                          Special Assistant U.S. Attorney

12                                          Attorneys for Defendant

13
14                                          ORDER

15 APPROVED AND SO ORDERED:

16 DATED: 7/1/10                            _____
17                                          JEREMY FOGEL
                                            UNITED STATE DISTRICT JUDGE

-2-