MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8974
    Facsimile:  (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. VICARI,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | CIVIL ACTION NO. 3:09-CV-05238-SI<br><br>STIPULATION AND PROPOSED ORDER FOR A 7-DAY EXTENSION FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a second extension of time of 7 days to respond to Plaintiff's Motion for Attorney's Fees.  Due to the heavy workload of the prior counsel for Defendant, this case was reassigned to counsel for Defendant Ann L. Maley on May 4, 2012.  Ms. Maley was out of the office at the time of the reassignment and returned on May 8, 2012.  Accordingly, counsel for Defendant needs a brief extension to draft the opposition.

    With the seven-day extension, Defendant's response will be due May 17, 2012.  The parties request that all other deadlines be adjusted accordingly.

                                      Respectfully submitted,

Stip and Proposed Order for Extension for EAJA., 3:09-cv-05238-SI

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 8, 2012 | s/ Harvey Sackett |
| 3 | | HARVEY SACKETT |
| | | Attorney for Plaintiff |
| 4 | | (as authorized via email on 5/8/12) |

MELINDA L. HAAG
United States Attorney

Date: May 8, 2012        By s/ Ann L. Maley
                          ANN L. MALEY
                          Special Assistant U. S. Attorney

                          Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

Date:  5/14/12

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Stip and Proposed Order for Extension for EAJA., 3:09-cv-05238-SI        1