```
 1  MELINDA L. HAAG, CSBN 132612
    United States Attorney
 2  DONNA L. CALVERT, SBN IL 6191786
 3  Acting Regional Chief Counsel, Region IX
    Social Security Administration
 4  ANN L. MALEY, CSBN 176877
 5  Special Assistant United States Attorney
         160 Spear Street, Suite 800
 6       San Francisco, California 94105
         Telephone:  (415) 977-8974
 7       Facsimile:  (415) 744-0134
 8       E-Mail: Daniel.Talbert@ssa.gov

 9  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. VICARI, )<br>      Plaintiff, )<br>                  )<br>     v.           )<br>                  )<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>      Defendant. )<br>_____) | CIVIL ACTION NO. 3:09-CV-05238-SI<br><br>STIPULATION AND PROPOSED ORDER FOR A 7-DAY EXTENSION FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a second extension of time of 7 days to respond to Plaintiff's Motion for Attorney's Fees. Due to the heavy workload of the prior counsel for Defendant, this case was reassigned to counsel for Defendant Ann L. Maley on May 4, 2012. Ms. Maley was out of the office at the time of the reassignment and returned on May 8, 2012. Accordingly, counsel for Defendant needs a brief extension to draft the opposition.

With the seven-day extension, Defendant's response will be due May 17, 2012. The parties request that all other deadlines be adjusted accordingly.

                                                                Respectfully submitted,

Stip and Proposed Order for Extension for EAJA., 3:09-cv-05238-SI

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 8, 2012 | *s/ Harvey Sackett* |
| 3 | | HARVEY SACKETT |
| | | Attorney for Plaintiff |
| 4 | | (as authorized via email on 5/8/12) |
| 5 | | |
| 6 | | MELINDA L. HAAG |
| | | United States Attorney |
| 7 | Date: May 8, 2012 | By *s/ Ann L. Maley* |
| 8 | | ANN L. MALEY |
| | | Special Assistant U. S. Attorney |
| 9 | | |
| 10 | | Attorneys for Defendant |

ORDER

Pursuant to stipulation, it is so ordered.

Date: 5/14/12

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Stip and Proposed Order for Extension for EAJA., 3:09-cv-05238-SI        1