HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


Attorney for Plaintiff

/amb

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. VICARI, | ) Case No:  3:09-cv-05238 SI |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second and final extension of time in which to e-file his Reply Brief so as this court can first act on Plaintiff's Motion to File a Brief in Excess of Ten Pages.  Once this court rules on that motion, Plaintiff will file his Reply Brief within seven (7) days of that date.

1

STIPULATION AND ORDER

|     |                          |                                                    |
| --- | ------------------------ | -------------------------------------------------- |
| 1   |                          |                                                    |
| 2   |                          | MELINDA L. HAAG                                    |
| 3   |                          | United States Attorney                             |
| 4   |                          |                                                    |
| 5   | Dated: August 30, 2012   | /s/                                                |
| 6   |                          | TOVA D. WOLKING<br>Special Assistant U.S. Attorney |

Dated: August 30, 2012           /s/
                                 HARVEY P. SACKETT
                                 Attorney for Plaintiff
                                 MICHAEL J. VICARI

IT IS SO ORDERED.

Dated:   August 31, 2012         _____
                                 HON. SUSAN ILLSTON
                                 United States District Judge

2

STIPULATION AND ORDER