HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/amb

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. VICARI, | Case No: 3:09-cv-05238 SI |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second and final extension of time in which to e-file his Reply Brief so as this court can first act on Plaintiff's Motion to File a Brief in Excess of Ten Pages.  Once this court rules on that motion, Plaintiff will file his Reply Brief within seven (7) days of that date.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: August 30, 2012 | /s/<br>TOVA D. WOLKING<br>Special Assistant U.S. Attorney |
| Dated: August 30, 2012 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>MICHAEL J. VICARI |

IT IS SO ORDERED.

Dated: August 31, 2012

HON. SUSAN ILLSTON
United States District Judge

2

STIPULATION AND ORDER